201 F.2d 671
 L. C. MAYS COMPANY, Inc., and Lamar C. Mays, Appellants,
v.
FEDERAL SECURITY AGENCY, etc., Appellee.
 No. 14172.
 United States Court of Appeals Fifth Circuit.
 February 13, 1953.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; Herbert W. Christenberry, Judge.
 James J. Morrison, New Orleans, La., Rudolph R. Schoemann, New Orleans, La., on the brief, for appellants.
 Vincent A. Kleinfeld, Attorney, Dept. of Justice, William W. Goodrich, Asst. Gen. Cnsl., Federal Security Agency, Washington, D. C., Hilary J. Gaudin, Asst. U. S. Atty., New Orleans, La., Charles B. Murray, Asst. Atty. Gen., John N. McKay, U. S. Atty., New Orleans, La., John T. Grigsby, Attorney, Department of Justice, Washington, D. C., Selma M. Levine, Attorney, Federal Security Agency, Washington, D. C., of counsel, for appellee.
 Before HOLMES, BORAH, and RUSSELL, Circuit Judges.
 PER CURIAM.
 
 
 1
 On the authority of United States v. Cardiff, 344 U.S. 174, 73 S.Ct. 189, the appeal herein is dismissed on the ground that the controversy has become "moot".